

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KIM D. LAWRENCE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil No. 06-6233-PK

ORDER

Kathryn Tassinari
Drew L. Johnson, PC
1700 Valley River Drive
Eugene, OR 97401

    Attorney for Plaintiffs

Karin J. Immergut
United States Attorney
Neil J. Evans
Assistant United States Attorney

Page 1 - ORDER

1000 SW Third Avenue, Suite 600
Portland, OR 97204-2904

Vikash Chhagan
Acting Regional Chief Counsel
David M. Blume
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900, M/S 901
Seattle, WA 98104-7075

    Attorneys for Defendants

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on June 12, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); see also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#12).

IT IS HEREBY ORDERED that the Commissioner's decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 29 day of June, 2007.

                   /s/ Garr M. King
                   Garr M. King
                   United States District Judge