FILED'07 JUL 23 11:16USDC-ORP

Kathryn Tassinari
Drew L. Johnson
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KIM D. LAWRENCE,**

          Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner, Social Security
Administration,

          Defendant.

Civil No. 06-6233-PK

**ORDER REGARDING ATTORNEY FEES UNDER THE SOCIAL SECURITY ACT**

After considering Plaintiff's Motion Regarding Attorney Fees Under the Social Security Act, it is hereby

ORDERED that:

Plaintiff's counsel is granted 30 days subsequent to Plaintiff's notification of past-due benefits to prepare and submit a request specifying the amount of fees requested.

IT IS SO ORDERED this day of July 23, 2007.

_____
U.S. District Judge

1 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT

PRESENTED BY:

/s/ DREW L. JOHNSON
Drew L. Johnson, Of Attorneys for Plaintiff