Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

FILED'07 JUL 26 13:01USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KIM D. LAWRENCE,**<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**MICHAEL J. ASTRUE,**<br>Commissioner of Social Security<br>Administration,<br><br>　　　　　　Defendant. | Civil No. 3:06-cv-06233-PK<br><br>**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall pay to Plaintiff, but mail to Plaintiff's attorney the sum of $5675.14 in full settlement of all claims for fees under EAJA.  There are no other costs.

IT IS SO ORDERED this day of July 26, 2007

_____
U.S. District Judge

PRESENTED BY:

By:　/s/ DREW L. JOHNSON
　　　Drew L. Johnson, OSB #75200
　　　Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA